TOMPKINS *v.* BOWEN.

WRIT OF ERROR—WHEN LIES—INTERLOCUTORY ORDERS.
    An order overruling a demurrer to a declaration is not reviewable on writ of error, the province of which is to bring up for review final judgments only.

Error to Genesee; Wisner, J. Submitted February 20, 1900. Decided March 13, 1900.

Case by William H. Tompkins against Bruce S. Bowen and John R. Leitch, saloon-keepers, and George A. Cotharin and Charles B. Flanders, sureties on their liquor bond, to recover damages and the statutory penalty for selling intoxicating liquor to plaintiff's minor daughter. From an order overruling a demurrer to the declaration, defendants bring error. Dismissed.

*Everett L. Bray*, for appellants.

*Williams & Wilson*, for appellee.

PER CURIAM. This is a demurrer to a declaration. The court below made an order overruling the demurrer, and gave the defendants until the first day of the next term to file and serve plea. No further order was made in the court below, and no final judgment entered. The defendants bring the case into this court by writ of error. The province of a writ of error is to bring up for review final judgments or determinations, and it is not employed

to bring up interlocutory decisions made pending the litigation. *Brady* v. *Railroad Co.*, 73 Mich. 457 (41 N. W. 503), and cases there cited.

The writ of error must be dismissed, with costs. The merits are not open for discussion.